**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Adam M. Starr, OSB #125393**
AdamStarr@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Phone: (503) 295-3085
Fax: (503) 323-9105

       Attorneys for Defendants for Black Otter, Inc.,
       Synergy CHC Corp., and Jack Ross

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AMOR FATI HOLDINGS, INC.**, a Delaware corporation; **RYAN HILDEBRAND**, an individual; and **KRISTIN HILDEBRAND**, an individual, | Case No. _____ |
| Plaintiffs, | **NOTICE OF REMOVAL OF STATE CASE TO FEDERAL COURT** |
| v. | |
| **BLACK OTTER, INC.**, a Nova Scotia corporation; **SYNERGY CHC CORP.**, a Delaware corporation; and **JACK ROSS**, an individual, | |
| Defendants. | |

**Page 1 – NOTICE OF REMOVAL OF STATE CASE TO FEDERAL COURT**

Defendant Synergy CHC Corp. ("Synergy") hereby gives notice of the removal of the above-styled action to the United States District Court for the District of Oregon, Portland Division, pursuant to 28 U.S.C. §§ 1332 and 1441.  As grounds for the removal, defendant Synergy states as follows:

## I.    BACKGROUND

1.    Plaintiffs filed the Complaint in this action on August 21, 2020, in the Circuit Court for the State of Oregon, Multnomah County, File No. 20CV29170 (the "State Court Action").

2.    Defendant Synergy was served with the Summons and Complaint by hand-delivery on August 31, 2020.  Pursuant to 28 U.S.C. § 1446(b), copies of all process and pleadings served on Defendant Synergy in the State Court Action are attached hereto as Exhibits 1 (Civil Summons) and 2 (Complaint).

3.    Black Otter, Inc. and Jack Ross were hand-delivered a copy of the Summons and Complaint in the State Court Action on September 8, 2020, but it appears the purported service on those named defendants was not made in accordance with the Hague Service Convention and was therefore ineffective.

4.    Defendant Synergy is the sole defendant served in this action at this time and, as such, there is no consent requirement.  *See* 28 U.S.C. § 1446(b)(2)(A).  To the extent that named defendants Black Otter, Inc. and Jack Ross are required to consent to this removal despite insufficiency of service upon them, Black Otter, Inc. and Jack Ross, through undersigned counsel, both consent to this removal.  Such consent is not intended to waive arguments for insufficiency of service of process.

**Page 2 – NOTICE OF REMOVAL OF STATE CASE TO FEDERAL COURT**

5.      Pursuant to 28 U.S.C. § 1446(d), copies of this notice of removal are on this date being served on plaintiffs and will be filed with the Clerk of the Circuit Court for the State of Oregon, Multnomah County.

6.      The District of Oregon is the United States District Court encompassing Multnomah County, Oregon, where the State Court Action was filed. *See* 28 U.S.C. § 113. Accordingly, removal to this Court is proper.

## II.     PLAINTIFFS MISIDENTIFIED THE STATE OF INCORPORATION OF DEFENDANT SYNERGY; THIS COURT HAS DIVERSITY JURISDICTION OVER THIS ACTION.

7.      This Court has jurisdiction pursuant to 28 U.S.C § 1332(a)(1) because the parties to this case are citizens of different states, and the amount in controversy exceeds $75,000.00.

8.      Plaintiff Amor Fati Holdings, Inc. is a Delaware law corporation with its principal place of business in Oregon. (Complaint ¶ 1.)

9.      Plaintiffs Ryan Hildebrand and Kristin Hildebrand are individuals who are residents of Oregon. (Complaint ¶¶ 2-3.)  Upon information and belief, and based on their allegations in the Complaint, plaintiffs Ryan Hildebrand and Kristin Hildebrand are each citizens of Oregon.

10.     Prospective defendant Black Otter, Inc. is a foreign corporation incorporated in Nova Scotia, Canada and its principal place of business is in Nova Scotia, Canada.

11.     Prospective defendant Jack Ross is a citizen of Nova Scotia, Canada. Defendants further allege and state that prospective defendant Jack Ross is not lawfully admitted for permanent residence in the United States and is not domiciled in either the States of Oregon or Delaware.

**Page 3 – NOTICE OF REMOVAL OF STATE CASE TO FEDERAL COURT**

12.     Defendant Synergy CHC Corp. is a Nevada corporation with its principal place of business in Maine.  Attached as **Exhibit 3** is a copy of the Nevada Secretary of State Certificate of Incorporation for Synergy CHC Corp.  Attached as **Exhibit 4** to this Notice of Removal is a screenshot of the Nevada Secretary of State website showing Synergy CHC Corp. as a Nevada domestic corporation.  The Complaint erroneously alleges that defendant Synergy CHC Corp. is a publicly-traded Delaware corporation.  (Complaint ¶ 6.)

13.     There is complete diversity of citizenship because plaintiffs are citizens of Oregon and Delaware; defendant Synergy is a citizen of Maine and Nevada; and the remaining prospective defendants are citizens or subjects of a foreign state.  *See* 28 U.S.C. § 1332(a)(3) (district court's jurisdiction extends to suits between citizens of different States and in which citizens or subjects of a foreign state are additional parties).

14.     The amount in controversy for this case exceeds the sum or value of $75,000 as required by 28 U.S.C. § 1332(a).  Plaintiffs identify the amount at issue as $2,480,000.  (*See* Complaint caption.)

15.     This Notice of Removal is being filed within 30 days after receipt by defendant Synergy of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.  Therefore, removal is timely.  *See* 28 U.S.C. § 1446(b)(1).

**Page 4 – NOTICE OF REMOVAL OF STATE CASE TO FEDERAL COURT**

WHEREFORE, because this Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1332(a) and 1441, and because defendant Synergy complied with the applicable procedures for removal specified in § 1446, removal of the above-styled action to this Court is appropriate.

Dated this 24th day of September, 2020.

MARKOWITZ HERBOLD PC

By:    *s/ Adam M. Starr*
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Adam M. Starr, OSB #125393
AdamStarr@MarkowitzHerbold.com

Attorneys for Defendants for Black Otter, Inc., Synergy CHC Corp., and Jack Ross

1044301

**Page 5 – NOTICE OF REMOVAL OF STATE CASE TO FEDERAL COURT**

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| AMOR FATI HOLDINGS, INC., a Delaware corporation; RYAN HILDEBRAND, an individual; and KRISTIN HILDEBRAND, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BLACK OTTER, INC., a Nova Scotia corporation; SYNERGY CHC CORP., a Delaware corporation; and JACK ROSS, an individual,<br><br>Defendants. | Case No. 20CV29170<br><br>**SUMMONS** |

To:    Synergy CHC Corp., a Delaware corporation, 865 Spring Street, Westbrook, Maine, 04092, Defendant

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT:  READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically.  To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.  It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have any questions, you should see an attorney immediately.  If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

/s/ *William D. Miner*
SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFFS

**William D. Miner**              **OSB #04363**
ATTORNEY'S / AUTHOR'S NAME (TYPED OR PRINTED)      BAR NO.

**1300 SW Fifth Ave., Suite 2400**
ADDRESS

**Portland          OR        97201      (503) 241-2300**
CITY                STATE        ZIP          PHONE

**Email:  billiminer@dwt.com**

TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED)      BAR NO.

STATE OF OREGON, County of **Multnomah**) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

/s/ *William D. Miner*
ATTORNEY(S) FOR PLAINTIFFS

TO THE OFFICER OF OTHER PERSON SERVING THIS SUMMONS:  You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

/s/ *William D. Miner*
ATTORNEY(S) FOR PLAINTIFFS

Page 1 – SUMMONS

## PROOF OF SERVICE

STATE OF _____ ⎱
                                    ⎰ ss.
County of _____

    I hereby certify that I made service of the foregoing summons upon the individuals and other legal entities to be served, named below, by delivering or leaving true copies of the summons and the complaint mentioned therein, certified to be such by the attorney for the plaintiff, as follows:

### Personal Service Upon Individual(s)

    Upon _____, by delivering such true copy to him/her, personally and in person, at _____, on _____, at _____ o'clock ____.M.

    Upon _____, by delivering such true copy to him/her, personally and in person, at _____, on _____, at _____ o'clock ____.M.

### Substituted Service Upon Individual(s)*

    Upon _____, by delivering such true copy at his/her dwelling house or usual place of abode, to-wit: _____, who is a person over the age of 14 years and a member of the household of the person served on _____, at _____ o'clock ____.M.

    Upon _____, by delivering such true copy at his/her dwelling house or usual place of abode, to-wit: _____, who is a person over the age of 14 years and a member of the household of the person served on _____, at _____ o'clock ____.M.

### Office Service Upon Individual(s)

    Upon _____, at the office which he/she maintains for the conduct of business at _____, by leaving such true copy with _____, the person who is apparently in charge, on _____ during normal working hours, at to-wit: _____ o'clock, ____.M.

### Mail Service Upon Individual(s)**

    Upon _____, by mailing such true copies to him/her by first class mail and ALSO by (check one): ☐ certified or registered mail with return receipt requested ☐ express mail.

### Service on Corporations, Limited Partnerships or Unincorporated Associations Subject to Suit Under a Common Name

    Upon _____, by
          (NAME OF CORPORATION, LIMITED PARTNERSHIP, ETC.)

    (a)  delivering such true copy, personally and in person, to _____, who is a/the _____ (Specify registered agent, officer (by title), director, general partner, managing agent, etc.)
thereof; OR

    (b)  leaving such true copy with _____, the person who is apparently in charge of the office of _____, who is a/the _____ (Specify registered agent, officer (by title) director, general partner, managing agent, etc.) thereof;
at _____, on _____, at _____ o'clock ____.M.

Dated

_____

_____

_____

    I further certify that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.

Dated _____.

_____
Sheriff

_____
SIGNATURE

By _____
Deputy

_____
TYPE OR PRINT NAME

_____
ADDRESS

_____
CITY        STATE    ZIP    PHONE

The signature lines on the left should be sued only by an Oregon county sheriff or deputy. All other services should complete the certification on the right. The Proof of Service above contains most, but not all, of the permissible methods of service. For example, this form does not include proof of service upon a minor or incompetent person. See ORCP 7 D for permissible service methods with respect to particular parties.

*Where substituted or office service is used, the plaintiff, as soon as reasonably possible, shall cause to be mailed, by first class mail, a true copy of the summons and the complaint to the defendant at defendant's dwelling house or usual place of abode, together with a statement of the date, time and place at which such service was made. Use S-N Form No. 1149, Notice of Substituted or Office Service, or the equivalent.

**Service by mail may be made when required or allowed by ORCP 7 or by statute, except as otherwise permitted. Failure to serve a summons in accordance with ORCP 7 and other applicable rules and statutes may affect or nullify the validity of such service.

Page 2 – SUMMONS

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| AMOR FATI HOLDINGS, INC., a Delaware corporation; RYAN HILDEBRAND, an individual; and KRISTIN HILDEBRAND, an individual,<br><br>       Plaintiffs,<br><br> vs.<br><br>BLACK OTTER, INC., a Nova Scotia corporation; SYNERGY CHC CORP., a Delaware corporation; and JACK ROSS, an individual,<br><br>       Defendants. | Case No.  20CV29170<br><br>**SUMMONS** |

To: Black Otter, Inc. a publicly traded Nova Scotia corporation, Defendant

  You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

| | |
|---|---|
| **NOTICE TO THE DEFENDANT:  READ THESE PAPERS CAREFULLY!**<br> You must "appear" in this case or the other side will win automatically.  To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.  It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.<br> If you have any questions, you should see an attorney immediately.  If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636. |  /s/ *William D. Miner*<br>SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFF<br><br>**William D. Miner**   **OSB #04363**<br>ATTORNEY'S / AUTHOR'S NAME (TYPED OR PRINTED) BAR NO.<br><br>**1300 SW Fifth Ave., Suite 2400**<br>      ADDRESS<br><br>**Portland**  **OR**  **97201** **(503) 241-2300**<br>CITY   STATE  ZIP   PHONE<br><br>**Email:  billiminer@dwt.com**<br><br>_____<br>TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED) BAR NO. |

STATE OF OREGON, County of **Multnomah**) ss.

  I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

               **/s/ *William D. Miner***
               ATTORNEY(S) FOR PLAINTIFFS

TO THE OFFICER OF OTHER PERSON SERVING THIS SUMMONS:  You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

               **/s/ *William D. Miner***
               ATTORNEY(S) FOR PLAINTIFFS

Page 1 – SUMMONS

**PROOF OF SERVICE**

STATE OF _____

County of _____ } ss.

I hereby certify that I made service of the foregoing summons upon the individuals and other legal entities to be served, named below, by delivering or leaving true copies of the summons and the complaint mentioned therein, certified to be such by the attorney for the plaintiff, as follows:

**Personal Service Upon Individual(s)**

Upon _____, by delivering such true copy to him/her, personally and in person, at _____, on _____, at _____ o'clock ___.M.

Upon _____, by delivering such true copy to him/her, personally and in person, at _____, on _____, at _____ o'clock ___.M.

**Substituted Service Upon Individual(s)\***

Upon _____, by delivering such true copy at his/her dwelling house or usual place of abode, to-wit: _____, who is a person over the age of 14 years and a member of the household of the person served on _____, at _____ o'clock ___.M.

Upon _____, by delivering such true copy at his/her dwelling house or usual place of abode, to-wit: _____, who is a person over the age of 14 years and a member of the household of the person served on _____, at _____ o'clock ___.M.

**Office Service Upon Individual(s)**

Upon _____, at the office which he/she maintains for the conduct of business at _____, by leaving such true copy with _____, the person who is apparently in charge, on _____ during normal working hours, at to-wit: _____ o'clock, ___.M.

**Mail Service Upon Individual(s)\*\***

Upon _____, by mailing such true copies to him/her by first class mail and ALSO by (check one): ☐ certified or registered mail with return receipt requested ☐ express mail.

**Service on Corporations, Limited Partnerships or Unincorporated Associations Subject to Suit Under a Common Name**

Upon _____, by
(NAME OF CORPORATION, LIMITED PARTNERSHIP, ETC.)

(a) delivering such true copy, personally and in person, to _____, who is a/the _____ (Specify registered agent, officer (by title), director, general partner, managing agent, etc.) thereof; OR

(b) leaving such true copy with _____, the person who is apparently in charge of the office of _____, who is a/the _____ (Specify registered agent, officer (by title) director, general partner, managing agent, etc.) thereof; at _____, on _____, at _____ o'clock ___.M.

Dated _____

_____
_____
_____
_____

I further certify that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.

Dated _____.

_____
Sheriff

By _____
Deputy

_____
SIGNATURE

_____
TYPE OR PRINT NAME

_____
ADDRESS

_____
CITY          STATE     ZIP      PHONE

The signature lines on the left should be sued only by an Oregon county sheriff or deputy. All other services should complete the certification on the right. The Proof of Service above contains most, but not all, of the permissible methods of service. For example, this form does not include proof of service upon a minor or incompetent person. See ORCP 7 D for permissible service methods with respect to particular parties.

\*Where substituted or office service is used, the plaintiff, as soon as reasonably possible, shall cause to be mailed, by first class mail, a true copy of the summons and the complaint to the defendant at defendant's dwelling house or usual place of abode, together with a statement of the date, time and place at which such service was made. Use S-N Form No. 1149, Notice of Substituted or Office Service, or the equivalent.

\*\*Service by mail may be made when required or allowed by ORCP 7 or by statute, except as otherwise permitted. Failure to serve a summons in accordance with ORCP 7 and other applicable rules and statutes may affect or nullify the validity of such service.

Page 2 – SUMMONS

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| AMOR FATI HOLDINGS, INC., a Delaware corporation; RYAN HILDEBRAND, an individual; and KRISTIN HILDEBRAND, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BLACK OTTER, INC., a Nova Scotia corporation; SYNERGY CHC CORP., a Delaware corporation; and JACK ROSS, an individual,<br><br>Defendants. | Case No.  20CV29170<br><br>**SUMMONS** |

To:    Jack Ross, 3175 No. 2 Hwy., Fall River, Nova Scotia, B2T, Defendant

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT:  READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically.  To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.  It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have any questions, you should see an attorney immediately.  If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

_/s/ William D. Miner_
SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFFS

__William D. Miner__          __OSB #04363__
ATTORNEY'S / AUTHOR'S NAME (TYPED OR PRINTED)          BAR NO.

__1300 SW Fifth Ave., Suite 2400__
ADDRESS

__Portland__          __OR__     __97201__     __(503) 241-2300__
CITY          STATE          ZIP          PHONE

**Email:  billiminer@dwt.com**

_____
TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED)     BAR NO.

STATE OF OREGON, County of **Multnomah**) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

_/s/ William D. Miner_
ATTORNEY(S) FOR PLAINTIFFS

TO THE OFFICER OF OTHER PERSON SERVING THIS SUMMONS:  You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_/s/ William D. Miner_
ATTORNEY(S) FOR PLAINTIFFS

Page 1 – SUMMONS

## PROOF OF SERVICE

STATE OF _____ ⎫
                                  ⎬ ss.
County of _____ ⎭

     I hereby certify that I made service of the foregoing summons upon the individuals and other legal entities to be served, named below, by delivering or leaving true copies of the summons and the complaint mentioned therein, certified to be such by the attorney for the plaintiff, as follows:

### Personal Service Upon Individual(s)

     Upon _____, by delivering such true copy to him/her, personally and in person, at _____, on _____, at _____ o'clock ____.M.

     Upon _____, by delivering such true copy to him/her, personally and in person, at _____, on _____, at _____ o'clock ____.M.

### Substituted Service Upon Individual(s)*

     Upon _____, by delivering such true copy at his/her dwelling house or usual place of abode, to-wit: _____, who is a person over the age of 14 years and a member of the household of the person served on _____, at _____ o'clock ____.M.

     Upon _____, by delivering such true copy at his/her dwelling house or usual place of abode, to-wit: _____, who is a person over the age of 14 years and a member of the household of the person served on _____, at _____ o'clock ____.M.

### Office Service Upon Individual(s)

     Upon _____, at the office which he/she maintains for the conduct of business at _____, by leaving such true copy with _____, the person who is apparently in charge, on _____ during normal working hours, at to-wit: _____ o'clock, ____.M.

### Mail Service Upon Individual(s)**

     Upon _____, by mailing such true copies to him/her by first class mail and ALSO by (check one): ☐ certified or registered mail with return receipt requested ☐ express mail.

### Service on Corporations, Limited Partnerships or Unincorporated Associations Subject to Suit Under a Common Name

     Upon _____, by
               (NAME OF CORPORATION, LIMITED PARTNERSHIP, ETC.)
       (a) delivering such true copy, personally and in person, to _____, who is a/the _____ (Specify registered agent, officer (by title), director, general partner, managing agent, etc.)
thereof; OR
       (b) leaving such true copy with _____, the person who is apparently in charge of the office of _____, who is a/the _____ (Specify registered agent, officer (by title) director, general partner, managing agent, etc.) thereof;
at _____, on _____, at _____ o'clock ____.M.

Dated

    _____

    _____

    _____

I further certify that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.

Dated _____.

_____
             Sheriff

By _____
             Deputy

_____
            SIGNATURE

_____
       TYPE OR PRINT NAME

_____
            ADDRESS

_____
CITY         STATE    ZIP    PHONE

The signature lines on the left should be sued only by an Oregon county sheriff or deputy. All other services should complete the certification on the right. The Proof of Service above contains most, but not all, of the permissible methods of service. For example, this form does not include proof of service upon a minor or incompetent person. See ORCP 7 D for permissible service methods with respect to particular parties.

*Where substituted or office service is used, the plaintiff, as soon as reasonably possible, shall cause to be mailed, by first class mail, a true copy of the summons and the complaint to the defendant at defendant's dwelling house or usual place of abode, together with a statement of the date, time and place at which such service was made. Use S-N Form No. 1149, Notice of Substituted or Office Service, or the equivalent.

**Service by mail may be made when required or allowed by ORCP 7 or by statute, except as otherwise permitted. Failure to serve a summons in accordance with ORCP 7 and other applicable rules and statutes may affect or nullify the validity of such service.

Page 2 – SUMMONS

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| AMOR FATI HOLDINGS, INC., a Delaware corporation; RYAN HILDEBRAND, an individual; and KRISTIN HILDEBRAND, an individual, | Case No. |
| Plaintiffs, | **COMPLAINT (Request for Declaratory Judgment, Breach of Fiduciary Duty, Breach of Contract)** |
| v. | **CLAIM NOT SUBJECT TO MANDATORY ARBITRATION** |
| BLACK OTTER, INC., a Nova Scotia corporation; SYNERGY CHC CORP., a Delaware corporation; and JACK ROSS, an individual, | Amount at issue: $2,480,000 Fee: $1,178.00 Fee Authority: ORS 21.160(1)(d) |
| Defendants. | |

Plaintiffs Amor Fati Holdings, Inc. ("AFH"), Ryan Hildebrand ("Mr. Hildebrand"), and Kristin Hildebrand ("Ms. Hildebrand"), allege as follows:

1.

AFH is a Delaware corporation with its principal place of business in Portland, Oregon. AFH is currently listed as a 27.59% shareholder of Wone, Inc., a Delaware corporation with its principal place of business in Portland, Oregon ("Wone"). AFH has not yet received its stock certificates.

2.

Mr. Hildebrand, is an individual residing in Portland, Oregon. Mr. Hildebrand is a co-founder, former CEO and former individual director of Wone.

3.

Ms. Hildebrand, is an individual residing in Portland, Oregon. Ms. Hildebrand is a co-

Page 1 -     COMPLAINT

founder, former director and current President of Wone.

4.

Mr. and Ms. Hildebrand are the only shareholders, directors and officers of AFH.

5.

Defendant Black Otter, Inc. ("Black Otter"), is a Nova Scotia, Canada corporation. Upon information and belief, Black Otter's principal place of business is in Nova Scotia, Canada.

6.

Defendant Synergy CHC Corp., is a publicly-traded Delaware corporation ('Synergy"), with its principal place of business in Westbrook, Maine.

7.

Defendant Jack Ross ("Ross"), is the CEO of Defendants Black Otter and Synergy, as well as the Chairman of the Board of Synergy. Ross is listed as the current CEO, Secretary and Executive Chairman of the Board of Directors of Wone.  Ross resides in Nova Scotia, Canada.

8.

The acts and/or omissions at issue in this Complaint occurred in the State of Oregon. The acts and/or omissions at issue in this Complaint relate to the acquisition of a business with its principal place of business in Oregon.

9.

Black Otter is a business acceleration agency doing business in Canada and the United States. Black Otter promotes itself for its ability to grow and scale small businesses, from startup to enterprise.

10.

Synergy is a publicly-traded company doing business in the United States. Synergy promotes itself as a category leading and value enhancing group of brands on a mission "to find powerful and proven products in the health space and build a portfolio of companies who make lives brighter and better."

Page 2 -    COMPLAINT

11.

Wone operates as a women's sportswear company doing business in the United States. Wone designs, manufactures, and sells athletic wear.

12.

Ms. Hildebrand has substantial experience in the athletic apparel industry. Along with Mr. Hildebrand, she created, developed and nurtured Wone as a small start-up company.

13.

Prior to April 3, 2020, and based on the representations of Defendants, Mr. and Ms. Hildebrand, as officers and directors of Wone, discussed and negotiated with Defendants the sale of Wone to Black Otter.

14.

On or about April 3, 2020 (the "Closing Date"), Wone entered into a certain subscription agreement with Black Otter (the "Subscription Agreement"), pursuant to which Black Otter agreed to purchase 15,600,000 shares of common stock of Wone (the 'Shares") for $1,000,000.

15.

On the Closing Date, Black Otter as maker, delivered to Wone, as lender and payee, a promissory note dated April 3, 2020, in the amount of $1,000,000 as payment for the Shares pursuant to the Subscription Agreement ("the Promissory Note").

16.

Pursuant to the Subscription Agreement, AFH obtained 27.59% of the shares of Wone. As a shareholder, AFH is set to benefit from both the Subscription Agreement and the Promissory Note. AFH has not received its stock certificates demonstrating its 27.59% shares of Wone.

17.

Under Section 6 of the Subscription Agreement, the following were the conditions precedent to the obligation of Wone and Black Otter to close:

Page 3 -     COMPLAINT

4845-3908-4232v.1 0116164-000001

(i) the Company [Wone] shall have filed a restated Certificate of Incorporation with the Secretary of State of Delaware to increase the authorized shares the Company is permitted to issue from 10,000,000 shares of Common Stock to 24,000,000 shares of Common Stock, which shall continue to be in full force and effect as of the date of acceptance of Subscriber's subscription;

(ii) the Company [Wone] and Bolt Fund III, LP shall have executed and entered into an amendment to the SAFE, in substantially the form attached hereto ***;

(iii) the Company [Wone] and Tom Tar Singh shall have executed and entered into an amendment to the SAFE, in substantially the form attached hereto ***;

(iv) Black Otter Inc., Ryan Hildebrand, and Kristin Hildebrand shall have executed and entered into the side letter agreement in substantially the form attached hereto ***; and

(v) Synergy CHC Corp., Ryan Hildebrand, and Kristin Hildebrand shall have executed and entered into the side letter agreement in substantially the form attached hereto ***.

18.

All of the conditions precedent stated in Section 6 of the Subscription Agreement were satisfied as of the Closing Date.

19.

AFH, Mr. and Ms. Hildebrand all understand and assert that the transaction contemplated in the Subscription Agreement has been completed and closed. Defendants disagree; and have asserted that the transaction contemplated in the Subscription Agreement has not been completed and has not closed.

20.

Contemporaneously with the Subscription Agreement and pursuant to Section 6(iv) thereof, Black Otter and Ms. Hildebrand entered into a certain side letter agreement dated April 3, 2020, pursuant to which, among other terms, Black Otter agreed to employ Ms. Hildebrand for an initial annual salary of $150,000 (the "Black Otter Employment Agreement').

Page 4 -    COMPLAINT

21.

Contemporaneously with the Subscription Agreement and pursuant to Section 6(v) thereof, Synergy and Mr. Hildebrand entered into a certain side letter agreement dated April 3, 2020, pursuant to which Synergy agreed to engage Mr. Hildebrand as a consultant for a minimum of six months for annual compensation of $150,000 (the "Synergy Consulting Agreement'). In addition, the Consulting Agreement provided that Mr. and Ms. Hildebrand would be released from their personal guarantee relating to a Governmental loan backed program relating to a separate loan to Wone, within 90 days after closing the Subscription Agreement. The value of the release is $230,000.

22.

Contemporaneously with the Subscription Agreement, Black Otter and Mr. and Ms. Hildebrand entered into a certain note purchase agreement dated April 3, 2020 (the "Note Purchase Agreement"), which provided that Black Otter would purchase three promissory notes with Wone as the maker and Mr. and Ms. Hildebrand as the payees, for a total of $350,000, with payments in cash as follows:

$100,000 to be paid 30 days after closing the Subscription Agreement;

$125,000 to be paid 60 days after closing the Subscription Agreement;

$125,000 to be paid 90 after closing the Subscription Agreement.

23.

In reliance on Black Otter's, Synergy's and Ross' promises, including but not limited to those made in the Subscription Agreement, Black Otter Employment Agreement, Synergy Consulting Agreement and the Note Purchase Agreement, on April 2, 2020, Mr. and Ms. Hildebrand resigned as officers and directors of Wone and Ross was elected as Executive Chairman of the Wone Board of Directors and sole director and secretary of Wone. Ross also acted as the CEO of Wone.

Page 5 -    COMPLAINT

4845-3908-4232v.1 0116164-000001

## FIRST CLAIM FOR RELIEF

### (Declaratory Judgment pursuant to ORS 28.020)

### (AFH v. Black Otter)

24.

AFH realleges and incorporates paragraphs 1 through 23 above.

25.

There is a justiciable controversy between AFH on one hand, and Black Otter on the other hand, on whether the Subscription Agreement has closed.

26.

AFH requests a declaration that: (a) Wone performed all conditions precedent to the Subscription Agreement; (b) Black Otter delivered the Promissory Note to Wone; (c) the deal contemplated in the Subscription Agreement has closed; and (d) that AFH is a 27.59% shareholder of Wone.

27.

## SECOND CLAIM FOR RELIEF

### (Breach of Fiduciary Duty to Shareholder)

### (AFH v. Ross)

28.

AFH realleges and incorporates paragraphs 1 through 27 above.

29.

As CEO, Executive Chairman and Secretary of Wone, Ross has a duty to AFH to issue common stock certificates totaling 27.59% in shares to AFH. Ross has refused to issue the stock certificates. Ross' refusal to issue shares breaches his fiduciary duties to AFH. As a result of Ross' breach, AFH has been damaged in an amount to be proven at trial but not to exceed $1,600,000.

Page 6 -    COMPLAINT

## THIRD CLAIM FOR RELIEF

### (Breach of Contract)

### Count 1

### (Ms. Hildebrand v. Black Otter)

30.

Ms. Hildebrand realleges paragraphs 1 through 29 above.

31.

Under the terms of the Black Otter Employment Agreement, Black Otter agreed to sign, execute, approve affirm and take any and all actions needed to approve Ms. Hildebrand's employment with Wone. Ms. Hildebrand's minimum annual salary would be $150,000. Ms. Hildebrand has performed pursuant to the Black Otter Employment Agreement, or such conditions have been excused.

32.

Black Otter has not performed pursuant to the Black Otter Employment Agreement in that it has taken no action to ensure employment of Ms. Hildebrand. As such, Black Otter has breached the Black Otter Employment Agreement.

33.

As a direct and proximate result of Black Otter's breach, Ms. Hildebrand has been damaged in an amount to be proven at trial, but not less than $150,000.

### Count 2

### (Mr. Hildebrand v. Synergy)

34.

Mr. Hildebrand realleges paragraphs 1 through 33 above.

35.

Under the terms of the Synergy Consulting Agreement, Synergy was to pay Mr. Hildebrand a minimum annual compensation of $150,000 and assume Mr. Hildebrand's personal

Page 7 -    COMPLAINT

guarantee of $230,000 of loans. Mr. Hildebrand has performed pursuant to the Synergy Consulting Agreement.

36.

Synergy has failed to pay Mr. Hildebrand any of the compensation payments due under the Synergy Consulting Agreement and failed to assume responsibility for Mr. Hildebrand's personal guarantee. Such failure to pay is a breach of the Synergy Consulting Agreement.

37.

As a direct and proximate result of Synergy's breach of the Synergy Consulting Agreement, Mr. Hildebrand has been damaged in an amount to be proven at trial, but not less than $380,000.

**Count 3**

**(Mr. and Ms. Hildebrand v. Black Otter)**

38.

Mr. and Ms. Hildebrand reallege paragraphs 1 through 37 above.

39.

The Note Purchase Agreement provides for the payment by Black Otter of a total of $350,000 to Mr. and Ms. Hildebrand within 90 days of the closing of the Subscription Agreement, which occurred on April 3, 2020.  Mr. and Mrs. Hildebrand have performed pursuant to the Note Purchase Agreement.

40.

Black Otter has breached the Note Purchase Agreement by failing to make any payments required under the Note Purchase Agreement.

41.

As a direct and proximate result of Black Otter's breach of the Note Purchase Agreement, Mr. and Ms. Hildebrand have been damaged in an amount to be proven at trial, but not less than $350,000.

Page 8 -    COMPLAINT

WHEREFORE, Plaintiffs requests the following relief:

A.     On its First Claim for Relief, for a judgment that declares:

(a) Wone performed all conditions precedent to the Subscription Agreement;

(b) Black Otter delivered the Promissory Note to Wone;

(c) the deal contemplated in the Subscription Agreement has closed; and

(d) that AFH is a 27.59% shareholder of Wone.

B.     On its Second Claim for Relief, for a judgment and money award in favor of AFH and against Ross in an amount to be proven at trial, but not less than $1,600,000 together with interest thereon at the statutory rate;

C.     On her Third Claim for Relief, Count 1, for a judgment and money award in favor of Ms. Hildebrand against Black Otter, in an amount to be proven at trial, but not less than $150,000 together with interest thereon at the statutory rate;

D.     On his Third Claim for Relief, Count 2, for a judgment and money award in favor of Mr. Hildebrand against Synergy, in an amount to be proven at trial, but not less than $380,000 together with interest thereon at the statutory rate;

E.     On their Third Claim for Relief, Count 3, for a judgment and money award in favor of Mr. and Ms. Hildebrand against Black Otter, in an amount to be proven at trial, but not less than $350,000 together with interest thereon at the statutory rate;

F.     For plaintiffs', costs, and disbursements incurred herein; and

G.     For such further and additional relief as the court deems just and equitable.

Page 9 -    COMPLAINT

4845-3908-4232v.1 0116164-000001

Dated this 21st day of August, 2020.

DAVIS WRIGHT TREMAINE LLP

By:  /s/ **William D. Miner**

William D. Miner, OSB #043636
Email: billminer@dwt.com
Meagan Himes, OSB #193787
Email: meaganhimes@dwt.com
Telephone: (503) 241-2300

Of Attorneys for Plaintiff Amor Fati
Holdings, Inc.

ATTORNEY & COUNSELOR

By:  /s/  **John A. Magliana, Jr.**

John A. Magliana, Jr., OSB #842812
3600 Lakeview Blvd., Suite 200
Lake Oswego, OR 97035
Telephone: (503) 784-3767
Facsimile: (503) 699-7373
Email: magliana@comcast.net

Of Attorney for Plaintiffs Ryan Hildebrand
and Kristin Hildebrand

Page 10 -   COMPLAINT

**STATE OF NEVADA**

*BARBARA K. CEGAVSKE*
*Secretary of State*

*KIMBERLEY PERONDI*
*Deputy Secretary for*
*Commercial Recordings*



**OFFICE OF THE
SECRETARY OF STATE**

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

## Certified Copy

5/6/2020 3:18:27 PM

| | |
|---|---|
| **Work Order Number:** | W2020050601447 |
| **Reference Number:** | 20200646377 |
| **Through Date:** | 5/6/2020 3:18:27 PM |
| **Corporate Name:** | SYNERGY CHC CORP. |

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number | Description | Number of Pages |
|---|---|---|
| 20100964680-76 | Articles of Incorporation | 1 |

Respectfully,

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Nevada Secretary of State

Certified By: Rhonda Tuin
Certificate Number: B20200506774757
You may verify this certificate
online at **http://www.nvsos.gov**



*040101*



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 4
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

## Articles of Incorporation
(PURSUANT TO NRS CHAPTER 78)

| Filed in the Office of | Business Number **E0626912010-1** |
|---|---|
| *[signature]* | Filing Number **20100964680-76** |
| Secretary of State | Filed On **12/29/2010** |
| State Of Nevada | Number of Pages **1** |

(This document was filed electronically.)

ABOVE SPACE IS FOR OFFICE USE ONLY

USE BLACK INK ONLY - DO NOT HIGHLIGHT

| | |
|---|---|
| **1. Name of Corporation:** | ORO CAPITAL CORPORATION |
| **2. Registered Agent for Service of Process:** (check only one box) | [X] Commercial Registered Agent: INCSMART.BIZ, INC. <br> Name <br><br> ☐ Noncommercial Registered Agent *(name and address below)*   **OR**   ☐ Office or Position with Entity *(name and address below)* <br><br> Name of Noncommercial Registered Agent **OR** Name of Title of Office or Other Position with Entity <br><br> _____   _____   Nevada <br> Street Address                    City                         Zip Code <br> _____   _____   Nevada <br> Mailing Address (if different from street address)   City   Zip Code |
| **3. Authorized Stock:** (number of shares corporation is authorized to issue) | Number of shares *with par value:* 75000000    Par value per share: $ 0.00001    Number of shares *without par value:* 0 |
| **4. Names and Addresses of the Board of Directors/Trustees:** (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees) | 1) ELIZAVETA KYRYCHOK <br> Name <br> PYSHKINSKA STREET 33    ODESSA, UKRAINE    -    - <br> Street Address                City                State    Zip Code <br> 2) <br> Name <br><br> Street Address                City                State    Zip Code |
| **5. Purpose:** (optional; see instructions) | *The purpose of the corporation shall be:* |
| **6. Name, Address and Signature of Incorporator:** (attach additional page if more than one incorporator) | ELIZAVETA KYRYCHOK       **X** ELIZAVETA KYRYCHOK <br> Name                          Incorporator Signature <br> PYSHKINSKA STREET 33    ODESSA, UKRAINE    -    - <br> Address                    City                State    Zip Code |
| **7. Certificate of Acceptance of Appointment of Registered Agent:** | *I hereby accept appointment as Registered Agent for the above named Entity.* <br><br> **X** INCSMART.BIZ, INC. _____   12/29/2010 <br> Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity   Date |

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 78 Articles
Revised: 4-10-09

Ex. 3 - Notice of Removal
Page 2 of 19



**STATE OF NEVADA**

***BARBARA K. CEGAVSKE***
*Secretary of State*

***KIMBERLEY PERONDI***
*Deputy Secretary for*
*Commercial Recordings*

**OFFICE OF THE**
**SECRETARY OF STATE**

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

## Certified Copy

5/6/2020 3:18:32 PM

| | |
|---|---|
| **Work Order Number:** | W2020050601447 |
| **Reference Number:** | 20200646377 |
| **Through Date:** | 5/6/2020 3:18:32 PM |
| **Corporate Name:** | SYNERGY CHC CORP. |

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number | Description | Number of Pages |
|---|---|---|
| 20140205671-68 | Merge In | 6 |

Respectfully,

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Nevada Secretary of State

Certified By:  Rhonda Tuin
Certificate Number: B20200506774761
You may verify this certificate
online at  **http://www.nvsos.gov**



*140103*



ROSS MILLER
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

| Filed in the Office of | Business Number<br>**E0150582014-9** |
|---|---|
| *[signature]*<br><br>Secretary of State<br>State Of Nevada | Filing Number<br>**20140205671-68** |
| | Filed On<br>**03/20/2014** |
| | Number of Pages<br>**6** |

## Articles of Merger
(PURSUANT TO NRS 92A.200)
## Page 1

USE BLACK INK ONLY - DO NOT HIGHLIGHT                                    ABOVE SPACE IS FOR OFFICE USE ONLY

## Articles of Merger
### (Pursuant to NRS Chapter 92A)

**1) Name and jurisdiction of organization of each constituent entity (NRS 92A.200):**

☐  If there are more than four merging entities, check box and attach an 8 1/2" x 11" blank sheet containing the required information for each additional entity from article one.

Synergy Strips Corp.
Name of **merging** entity

| Nevada | Corporation |
|---|---|
| Jurisdiction | Entity type * |

Name of **merging** entity

| | |
|---|---|
| Jurisdiction | Entity type * |

Name of **merging** entity

| | |
|---|---|
| Jurisdiction | Entity type * |

Name of **merging** entity

| | |
|---|---|
| Jurisdiction | Entity type * |

and,

Oro Capital Corporation
Name of **surviving** entity

| Nevada | Corporation |
|---|---|
| Jurisdiction | Entity type * |

* Corporation, non-profit corporation, limited partnership, limited-liability company or business trust.

## Filing Fee: $350.00

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State 92A Merger Page 1
Revised: 8-31-11

Ex. 3 - Notice of Removal
Page 4 of 19



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

---

# Articles of Merger
(PURSUANT TO NRS 92A.200)
## Page 2

---

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

2) Forwarding address where copies of process may be sent by the Secretary of State of Nevada (if a foreign entity is the survivor in the merger - NRS 92A.190):

Attn: _____

c/o: _____

3) Choose one:

☐ The undersigned declares that a plan of merger has been adopted by each constituent entity (NRS 92A.200).

☒ The undersigned declares that a plan of merger has been adopted by the parent domestic entity (NRS 92A.180).

4) Owner's approval (NRS 92A.200) (options a, b or c must be used, as applicable, for each entity):

☐ If there are more than four merging entities, check box and attach an 8 1/2" x 11" blank sheet containing the required information for each additional entity from the appropriate section of article four.

(a) Owner's approval was not required from

Synergy Strips Corp.
Name of **merging** entity, if applicable

_____
Name of **merging** entity, if applicable

_____
Name of **merging** entity, if applicable

_____
Name of **merging** entity, if applicable

and, or;

Oro Capital Corporation
Name of **surviving** entity, if applicable

*This form must be accompanied by appropriate fees.*                    Nevada Secretary of State 92A Merger Page 2
Revised: 8-31-11



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

# Articles of Merger
(PURSUANT TO NRS 92A.200)
## Page 3

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

(b) The plan was approved by the required consent of the owners of *:

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

and, or;

Name of **surviving** entity, if applicable

* Unless otherwise provided in the certificate of trust or governing instrument of a business trust, a merger must be approved by all the trustees and beneficial owners of each business trust that is a constituent entity in the merger.

*This form must be accompanied by appropriate fees.*                    Nevada Secretary of State 92A Merger Page 3
Revised: 8-31-11



ROSS MILLER
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

# Articles of Merger
(PURSUANT TO NRS 92A.200)
## Page 4

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

(c) Approval of plan of merger for Nevada non-profit corporation (NRS 92A.160):

The plan of merger has been approved by the directors of the corporation and by each public officer or other person whose approval of the plan of merger is required by the articles of incorporation of the domestic corporation.

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

and, or;

Name of **surviving** entity, if applicable

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State 92A Merger Page 4
Revised: 8-31-11



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

# Articles of Merger
(PURSUANT TO NRS 92A.200)
## Page 5

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

**5) Amendments, if any, to the articles or certificate of the surviving entity. Provide
article numbers, if available. (NRS 92A.200)\*:**

> 1. Name of Corporation: Synergy Strips Corp.

**6) Location of Plan of Merger (check a or b):**

☐ (a) The entire plan of merger is attached;

or,

☒ (b) The entire plan of merger is on file at the registered office of the surviving corporation, limited-liability
company or business trust, or at the records office address if a limited partnership, or other place of
business of the surviving entity (NRS 92A.200).

**7) Effective date and time of filing: (optional) (must not be later than 90 days after the certificate is filed)**

Date: March 31, 2014     Time:

\* Amended and restated articles may be attached as an exhibit or integrated into the articles of merger. Please entitle them
"Restated" or "Amended and Restated," accordingly. The form to accompany restated articles prescribed by the secretary of state
must accompany the amended and/or restated articles. Pursuant to NRS 92A.180 (merger of subsidiary into parent - Nevada
parent owning 90% or more of subsidiary), the articles of merger may not contain amendments to the constituent documents of the
surviving entity except that the name of the surviving entity may be changed.

*This form must be accompanied by appropriate fees.*



ROSS MILLER
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

# Articles of Merger
(PURSUANT TO NRS 92A.200)
## Page 6

USE BLACK INK ONLY - DO NOT HIGHLIGHT          ABOVE SPACE IS FOR OFFICE USE ONLY

8) Signatures - Must be signed by:  An officer of each Nevada corporation; All general partners of
each Nevada limited partnership; All general partners of each Nevada limited-liability limited
partnership; A manager of each Nevada limited-liability company with managers or one
member if there are no managers; A trustee of each Nevada business trust (NRS 92A.230)*

☐ If there are more than four merging entities, check box and attach an 8 1/2" x 11" blank sheet
containing the required information for each additional entity from article eight.

Synergy Strips Corp.
Name of merging entity

X _____     President
Signature                 Title           Date  March 18, 2014

Name of merging entity

X _____
Signature                 Title           Date

Name of merging entity

X _____
Signature                 Title           Date

Name of merging entity

X _____
Signature                 Title           Date

and,

Oro Capital Corporation
Name of surviving entity

X _____     President
Signature                 Title           Date  March 18, 2014

* The articles of merger must be signed by each foreign constituent entity in the manner provided by the law governing it (NRS
92A.230). Additional signature blocks may be added to this page or as an attachment, as needed.

IMPORTANT: Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.

This form must be accompanied by appropriate fees.          Nevada Secretary of State 92A Merger Page 6
                                                            Revised: 9-31-11

**STATE OF NEVADA**

*BARBARA K. CEGAVSKE*
*Secretary of State*


*KIMBERLEY PERONDI*
*Deputy Secretary for*
*Commercial Recordings*



**OFFICE OF THE**
**SECRETARY OF STATE**

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*


**Certified Copy**

5/6/2020 3:18:29 PM

| | |
|---|---|
| **Work Order Number:** | W2020050601447 |
| **Reference Number:** | 20200646377 |
| **Through Date:** | 5/6/2020 3:18:29 PM |
| **Corporate Name:** | SYNERGY CHC CORP. |


The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number | Description | Number of Pages |
|---|---|---|
| 20150353621-18 | Amendment | 2 |


Respectfully,

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Nevada Secretary of State

Certified By:  Rhonda Tuin
Certificate Number: B20200506774759
You may verify this certificate
online at  **http://www.nvsos.gov**



*090204*



BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-6708
Website: www.nvsos.gov

| Filed in the Office of | Business Number |
|---|---|
| *Barbara K. Cegavske* | E0626912010-1 |
| | Filing Number |
| | 20150353621-18 |
| Secretary of State | Filed On |
| State Of Nevada | 08/05/2015 |
| | Number of Pages |
| | 2 |

## Certificate of Amendment
(PURSUANT TO NRS 78.385 AND 78.390)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                     ABOVE SPACE IS FOR OFFICE USE ONLY

### Certificate of Amendment to Articles of Incorporation
### For Nevada Profit Corporations
(Pursuant to NRS 78.385 and 78.390 - After Issuance of Stock)

1. Name of corporation:

Synergy Strips Corp.

2. The articles have been amended as follows: (provide article numbers, if available)

Article 1 is hereby deleted in its entirety and amended and restated to read as follows:
"Synergy CHC Corp."

Article 3 is hereby deleted in its entirety and amended and restated to read as follows:

"Number of shares with par value: 300,000,000; Par value per share $0.00001; Number of shares without par value: 0"

3. The vote by which the stockholders holding shares in the corporation entitling them to exercise at least a majority of the voting power, or such greater proportion of the voting power as may be required in the case of a vote by classes or series, or as may be required by the provisions of the articles of incorporation* have voted in favor of the amendment is:          59.21%

4. Effective date and time of filing: (optional)     Date: August 5, 2015     Time: 
                                                    (must not be later than 90 days after the certificate is filed)

5. Signature: (required)

X _____
Signature of Officer

*If any proposed amendment would alter or change any preference or any relative or other right given to any class or series of outstanding shares, then the amendment must be approved by the vote, in addition to the affirmative vote otherwise required, of the holders of shares representing a majority of the voting power of each class or series affected by the amendment regardless to limitations or restrictions on the voting power thereof.

IMPORTANT: Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State Amend Profit-After
Revised: 1-5-15

## CERTIFICATE OF AMENDMENT TO
## ARTICLES OF INCORPORATION
## OF
## SYNERGY STRIPS CORP.

Pursuant to §78.385 and §78.390 of the Nevada Revised Statutes, the undersigned corporation hereby submits the following Certificate of Amendment for the purpose of amending its Articles of Incorporation.

1.    The name of the corporation is Synergy Strips Corp.

2.    The Articles of Incorporation are hereby amended as follows:

The current text of Article 1 is hereby deleted in its entirety and amended and restated to read as follows:

"Synergy CHC Corp."

The current text of Article 3 is hereby deleted in its entirety and amended and restated to read as follows:

"Number of shares with par value: 300,000,000; Par value per share $0.00001; Number of shares without par value: 0"

3.    All of the stockholders holding shares in the corporation entitling them to exercise at least a majority of the voting power, or such greater proportion of the voting power as may be required in the case of a vote by classes or series, or as may be required by the provisions of the Articles of Incorporation have voted in favor of the amendment.

4.    These Articles of Amendment will be effective upon filing.

This is the ___5th___ day of August, 2015

SYNERGY STRIPS CORP.

By: _____

Jack Ross, President, Chief Executive
Officer, Chief Financial Officer, Secretary
and Treasurer

26480.1-844350 v2

**STATE OF NEVADA**

*BARBARA K. CEGAVSKE*
Secretary of State

*KIMBERLEY PERONDI*
Deputy Secretary for
Commercial Recordings



**OFFICE OF THE
SECRETARY OF STATE**

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

**Certified Copy**

5/6/2020 3:18:34 PM

**Work Order Number:**      W2020050601447
**Reference Number:**        20200646377
**Through Date:**            5/6/2020 3:18:34 PM
**Corporate Name:**          SYNERGY CHC CORP.

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number | Description | Number of Pages |
|---|---|---|
| 20190073398-32 | Merge In | 6 |

Respectfully,

BARBARA K. CEGAVSKE
Nevada Secretary of State

Certified By: Rhonda Tuin
Certificate Number: B20200506774763
You may verify this certificate
online at   **http://www.nvsos.gov**

Ex. 3 - Notice of Removal
Page 13 of 19



\*140105\*

 BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

| Filed in the Office of | Business Number E0626912010-1 |
| --- | --- |
| *Barbara K. Cegavske* | Filing Number 20190073398-32 |
| Secretary of State State Of Nevada | Filed On 02/13/2019 |
| | Number of Pages 6 |

## Articles of Merger
(PURSUANT TO NRS 92A.200)
# Page 1

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

### Articles of Merger
### (Pursuant to NRS Chapter 92A)

1) Name and jurisdiction of organization of each constituent entity (NRS 92A.200):

☒ If there are more than four merging entities, check box and attach an 8 1/2" x 11" blank sheet containing the required information for each additional entity from article one.

Neuragen Corp.
Name of merging entity

| Delaware | Corporation |
| --- | --- |
| Jurisdiction | Entity type * |

Breakthrough Products Inc.
Name of merging entity

| Delaware | Corporation |
| --- | --- |
| Jurisdiction | Entity type * |

Sneaky Vaunt Corp.
Name of merging entity

| Delaware | Corporation |
| --- | --- |
| Jurisdiction | Entity type * |

The Queen Pegasus Corp.
Name of merging entity

| Delaware | Corporation |
| --- | --- |
| Jurisdiction | Entity type * |

and,

Synergy CHC Corp.
Name of surviving entity

| Nevada | Corporation |
| --- | --- |
| Jurisdiction | Entity type * |

\* Corporation, non-profit corporation, limited partnership, limited-liability company or business trust.

**Filing Fee: $350.00**

*This form must be accompanied by appropriate fees.*                    Nevada Secretary of State 92A Merger Page 1
                                        Revised: 1-5-15



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

# Articles of Merger
(PURSUANT TO NRS 92A.200)

## Page 2

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

2) Forwarding address where copies of process may be sent by the Secretary of State of Nevada (if a foreign entity is the survivor in the merger - NRS 92A.190):

Attn: _____

c/o: _____

3) Choose one:

☒ The undersigned declares that a plan of merger has been adopted by each constituent entity (NRS 92A.200).

☐ The undersigned declares that a plan of merger has been adopted by the parent domestic entity (NRS 92A.180).

4) Owner's approval (NRS 92A.200) (options a, b or c must be used, as applicable, for each entity):

☐ If there are more than four merging entities, check box and attach an 8 1/2" x 11" blank sheet containing the required information for each additional entity from the appropriate section of article four.

(a) Owner's approval was not required from

n/a
Name of merging entity, if applicable

n/a
Name of merging entity, if applicable

n/a
Name of merging entity, if applicable

n/a
Name of merging entity, if applicable

and, or;

n/a
Name of surviving entity, if applicable

*This form must be accompanied by appropriate fees.*                    Nevada Secretary of State 92A Merger Page 2
Revised: 1-5-15



BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

## Articles of Merger

(PURSUANT TO NRS 92A.200)

## Page 3

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

(b) The plan was approved by the required consent of the owners of *:

Neuragen Corp.
Name of **merging** entity, if applicable

Breakthrough Products Inc.
Name of **merging** entity, if applicable

Sneaky Vaunt Corp.
Name of **merging** entity, if applicable

The Queen Pegasus Corp.
Name of **merging** entity, if applicable

and, or;

Synergy CHC Corp.
Name of **surviving** entity, if applicable

* Unless otherwise provided in the certificate of trust or governing instrument of a business trust, a merger must be approved by all the trustees and beneficial owners of each business trust that is a constituent entity in the merger.

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State 92A Merger Page 3
Revised: 1-5-15



BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

## Articles of Merger
(PURSUANT TO NRS 92A.200)

# Page 4

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

(c) Approval of plan of merger for Nevada non-profit corporation (NRS 92A.160):

The plan of merger has been approved by the directors of the corporation and by each public officer or other person whose approval of the plan of merger is required by the articles of incorporation of the domestic corporation.

n/a
Name of **merging** entity, if applicable

n/a
Name of **merging** entity, if applicable

n/a
Name of **merging** entity, if applicable

n/a
Name of **merging** entity, if applicable

and, or;

n/a
Name of **surviving** entity, if applicable

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State 92A Merger Page 4
Revised: 1-5-15



BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

## Articles of Merger
(PURSUANT TO NRS 92A.200)

## Page 5

USE BLACK INK ONLY - DO NOT HIGHLIGHT                                 ABOVE SPACE IS FOR OFFICE USE ONLY

5) Amendments, if any, to the articles or certificate of the surviving entity. Provide article numbers, if available. (NRS 92A.200)*:

n/a

6) Location of Plan of Merger (check a or b):

☐ (a) The entire plan of merger is attached;

or,

☒ (b) The entire plan of merger is on file at the registered office of the surviving corporation, limited-liability company or business trust, or at the records office address if a limited partnership, or other place of business of the surviving entity (NRS 92A.200).

7) Effective date and time of filing: (optional) (must not be later than 90 days after the certificate is filed)

Date: 02/13/2019     Time: 11:59 pm

* Amended and restated articles may be attached as an exhibit or integrated into the articles of merger. Please entitle them "Restated" or "Amended and Restated," accordingly. The form to accompany restated articles prescribed by the secretary of state must accompany the amended and/or restated articles. Pursuant to NRS 92A.180 (merger of subsidiary into parent - Nevada parent owning 90% or more of subsidiary), the articles of merger may not contain amendments to the constituent documents of the surviving entity except that the name of the surviving entity may be changed.

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State 92A Merger Page 5
Revised: 1-5-15



BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

## Articles of Merger
(PURSUANT TO NRS 92A.200)
### Page 6

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

8) Signatures - Must be signed by: An officer of each Nevada corporation; All general partners of each Nevada limited partnership; All general partners of each Nevada limited-liability limited partnership; A manager of each Nevada limited-liability company with managers or one member if there are no managers; A trustee of each Nevada business trust (NRS 92A.230)*

☒ If there are more than four merging entities, check box and attach an 8 1/2" x 11" blank sheet containing the required information for each additional entity from article eight.

Neuragen Corp.
Name of merging entity

X Jack Ross _____    Director _____    2-13-19
Signature                        Title                     Date

Breakthrough Products Inc.
Name of merging entity

X Jack Ross _____    Director _____    2-13-19
Signature                        Title                     Date

Sneaky Vaunt Corp.
Name of merging entity

X Jack Ross _____    Director _____    2-13-19
Signature                        Title                     Date

The Queen Pegasus Corp.
Name of merging entity

X Jack Ross _____    Director _____    2-13-19
Signature                        Title                     Date

and,

Synergy CHC Corp.
Name of surviving entity

X Jack Ross _____    Director, Chief Executive Officer    2-13-19
Signature                        Title                     Date

* The articles of merger must be signed by each foreign constituent entity in the manner provided by the law governing it (NRS 92A.230). Additional signature blocks may be added to this page or as an attachment, as needed.

IMPORTANT: Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.

*This form must be accompanied by appropriate fees.*

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

SYNERGY CHC CORP.

**Entity Number:**

E0626912010-1

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

12/29/2010

**NV Business ID:**

NV20101902811

**Termination Date:**

Perpetual

**Annual Report Due Date:**

12/31/2020

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

INCSMART.BIZ, INC.

**Status:**

Active

Case 3:20-cv-01662-YY   Document 1   Filed 09/24/20   Page 42 of 43

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

2616 Willow Wren Dr., North Las Vegas, NV, 89084, USA

**Mailing Address:**

**Individual with Authority to Act:**

Michael LaSala

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | PATRICK S MCCULLOUGH | 865 SPRING STREET, WESTBROOK, ME, 04092, USA | 10/10/2018 | Active |
| Secretary | JACK ROSS | 865 SPRING STREET, WESTBROOK, ME, 04092, USA | 10/10/2018 | Active |
| Treasurer | JACK ROSS | 865 SPRING STREET, WESTBROOK, ME, 04092, USA | 10/10/2018 | Active |
| Director | GALE BENSUSSEN | 865 SPRING STREET, WESTBROOK, ME, 04092, USA | 10/10/2018 | Active |
| Director | STEPHEN FRYER | 865 SPRING STREET, WESTBROOK, ME, 04092, USA | 10/10/2018 | Active |

Ex. 4 - Notice of Removal
Page 2 of 3

SilverFlume Nevada's Business Portal to start/manage your business



**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 300,000,000 | 0.000010000000 |

Page 1 of 1, records 1 to 1 of 1

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**300,000**

Filing History     Name History     Mergers/Conversions

Return to Search     Return to Results

Ex. 4 - Notice of Removal

Page 3 of 3